No. 84–221.  HENSHAW ET AL. *v.* STATE TAX COMMISSION OF MICHIGAN ET AL.  Appeal from Ct. App. Mich. dismissed for want of substantial federal question. ▮

No. 84–5221.  EVANS ET UX., INDIVIDUALLY, AND AS NEXT FRIENDS FOR GATES ET AL. *v.* HARLEY HOTELS, INC.  Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question. ▮

No. 83–1770.  DELTA MARINE CONTRACTORS, INC. *v.* AVONDALE SHIPYARDS, INC.  Appeal from Ct. App. La., 4th Cir., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▮

No. 83–1790.  MISSISSIPPI RIVER TRANSMISSION CORP. *v.* SIMONTON, SHERIFF AND EX-OFFICIO TAX COLLECTOR, LINCOLN PARISH, LOUISIANA.  Appeal from Ct. App. La., 2d Cir., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▮

No. 83–1955.  HARMAN *v.* LA CROSSE TRIBUNE ET AL.  Appeal from Ct. App. Wis. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▮

No. 83–1997.  AMIS *v.* CITY OF FORT MYERS, FLORIDA, ET AL.  Appeal from Dist. Ct. App. Fla., 2d Dist., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▮

No. 83–2037.  CITY OF LAMBERTVILLE *v.* LAMBERTVILLE POLICEMEN'S ASSN.  Appeal from Super. Ct. N. J., App. Div., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–2068.  GANN *v.* SAN JOSE CITY COUNCIL ET AL.  Appeal from Super. Ct. Cal., County of Santa Clara, dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.